UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEVONTAY AYCOCK,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>ELY STATE PRISON,<br><br>　　　　　　　　　　Respondents. | Case No. 3:23-cv-00079-ART-CSD<br><br>ORDER |

　　　Petitioner moves for an extension of time (ECF No. 16) to file his first amended petition for writ of habeas corpus. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

　　　It is therefore ordered that Petitioner's first unopposed motion for enlargement of time (ECF No. 16) is granted. Petitioner has until March 13, 2024, to file his first amended petition for writ of habeas corpus.

　　　DATED THIS 12th day of September 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1