UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEVONTAY AYCOCK,<br><br>                    Petitioner,<br>    v.<br>ELY STATE PRISON,<br><br>                  Respondents. | Case No. 3:23-cv-00079-ART-CSD<br><br>ORDER |

      Respondents move for an extension of time (ECF No. 20) to file their response to Petitioner Devontay Aycock's motion for leave to file a second amended petition for writ of habeas corpus. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

      It is therefore ordered that Respondents' first unopposed motion for enlargement of time (ECF No. 20) is granted. Respondents have until April 26, 2024, to file their response to Aycock's motion for leave to file a second amended petition for writ of habeas corpus.

      Dated this 17th day of April 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1