UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEVONTAY AYCOCK, | Case No. 3:23-cv-00079-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| ELY STATE PRISON, | |
| Respondents. | |

Respondents move for an extension of time (ECF No. 28) to file their response to Petitioner Devontay Aycock's second amended petition for writ of habeas corpus. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' first unopposed motion for enlargement of time (ECF No. 28) is granted. Respondents have until December 20, 2024, to file their response to the second amended petition for writ of habeas corpus.

DATED THIS 1st day of November, 2024.

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1