UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEVONTAY AYCOCK,<br><br>       Petitioner,<br> v.<br><br>ELY STATE PRISON,<br><br>       Respondents. | Case No. 3:23-cv-00079-ART-CSD<br><br>ORDER |

  Respondents move for an extension of time (ECF No. 30) to file their response to Petitioner Devontay Aycock's second amended petition for writ of habeas corpus. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

  It is therefore ordered that Respondents' unopposed motion for enlargement of time to file response to second amended petition for writ of habeas corpus (second request) [ECF No. 30] is granted. Respondents have until February 3, 2025, to file their response to the second amended petition.

  DATED THIS 3rd day of January 2025.

                _____
                ANNE R. TRAUM
                UNITED STATES DISTRICT JUDGE