UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEVONTAY AYCOCK,<br><br>　　　　　　　　Petitioner,<br>　v.<br><br>ELY STATE PRISON,<br><br>　　　　　　　　Respondents. | Case No. 3:23-cv-00079-ART-CSD<br><br>ORDER |

Respondents move for an extension of time (ECF No. 32) to file their response to Petitioner Devontay Aycock's second amended petition for writ of habeas corpus. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time to file response to second amended petition for writ of habeas corpus (third request) [ECF No. 32] is granted. Respondents have until March 5, 2025, to file their response to the second amended petition.

Dated this 7th day of February 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE