UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEVONTAY AYCOCK,<br><br>  Petitioner,<br>v.<br>ELY STATE PRISON,<br><br>  Respondents. | Case No. 3:23-cv-00079-ART-CSD<br><br>ORDER |

Petitioner moves for an extension of time (ECF No. 42) to file his reply. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's first unopposed motion for enlargement of time (ECF No. 42) is granted. Petitioner has until June 3, 2025, to file his reply.

DATED THIS 25th day of April, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE