UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEVONTAY AYCOCK, | Case No. 3:23-cv-00079-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| ELY STATE PRISON, | |
| Respondents. | |

Petitioner moves for an extension of time (ECF Nos. 48, 49) to file his reply. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's fourth unopposed motion for enlargement of time (ECF No. 48) is granted *nunc pro tunc*.

It is further ordered that Petitioner's fifth unopposed motion for enlargement of time (ECF No. 49) is granted. Petitioner has until October 9, 2025, to file his reply.

DATED THIS 10th day of October, 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1